AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To: OATH HOLDINGS, INC.
     Attn: Custodian of Records
     c/o Federal Agent

    **YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: UNITED STATES DISTRICT COURT<br>155 St. Joseph Street<br>Mobile, Alabama 36602    ROOM 202A | Date and Time:<br><br>08/28/2019 9:00 am |
|---|---|

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
    SEE ATTACHMENT.

Note: The party who requested your attendance as a witness is responsible for the payment of your attendance fee, mileage and expenses of subsistence as provided by Title 28, Para. 1821, U. S. Code.

Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

Date:    08/06/2019



CLERK OF COURT     **CHARLES R. DIARD, JR.**

*Maria Payne*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Christopher Bodnar, Assistant U.S. Attorney
63 South Royal Street, Suite 600
Mobile, AL. 36602
Matter # 18R00564

ATTACHMENT – USAO Case # 2018R00564

The following records and information associated with the Oath Holdings Inc. email account listed below from 1/1/2012 to the present:

- djmojtaba62@yahoo.com
- sadaf2mohammad@yahoo.com

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long distance telephone connection records;

4. Length of service (including start date) and types of service utilized;

5. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));

6. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

7. Means and source of payment for such service (including any credit card or bank account number) and billing records.

Contact Special Agent Kevin Eudy at 251-415-3285, or Operational Support Technician Chelsea Pena at 251-415-3315 with any questions.

You are to provide this information, if available, as data files on CD-ROM or other electronic media to cepena@fbi.gov or to:

    FBI Mobile
    Attn. OST Chelsea Pena
    200 North Royal St
    Mobile, AL 36602

\*\*\*